IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STANLEY STEPHENS, #170725, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:10-cv-0228-TMH |
| | ) [WO] |
| TONY PATTERSON, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #23) filed on May 16, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #20) filed on March 26, 2013 is adopted;

3. The petition for habeas corpus relief is DENIED and this case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

4. The costs of this proceeding are taxed against the petitioner.

DONE this the 6th day of June, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE